UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

v.

Travis Gutc,

Defendant.

Originating No. 26-mj-2412

Case No.: **26-mj-30743**

---

**GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF**

---

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant Travis Gutc to answer to charges pending in another federal district, and states:

1. On November 24, 2026, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the Middle District of Tennessee. A complaint was issued for the defendant in that district. The defendant is charged in a complaint with violations of 18 U.S.C. §875(c), interstate communications threatening to injure another, and 18 U.S.C. § 2261A, cyberstalking.

2. Federal Rule of Criminal Procedure 5 requires this Court to determine whether defendant is entitled to a preliminary examination and is the person named in the arrest warrant described in paragraph one above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

s/CHRISTOPHER W. RAWSTORNE
CHRISTOPHER W. RAWSTHORNE
Assistant United States Attorney
600 Church Street, Suite 200
Flint, MI 48502
Christopher.Rawsthorne@usdoj.gov
(810) 766-5177

Dated: November 23, 2026